1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGHEG M. YENIKOMSHIAN, an individual, and RIMA YENIKOMSHIAN, an individual,, <br><br> Plaintiffs, <br><br> v. <br><br> KFC CORPORATION, a Delaware corporation; YUM! BRANDS, INC., a North Carolina corporation; SURPLUS SOLUTIONS, L.L.C., a Georgia limited liability company; and DOES 1 through 50, inclusive,, <br><br> Defendants. <br> _____/ | No. CIV-S-05-0896 MCE/GGH <br><br><br><br> **ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the attorney for plaintiffs, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 1, 2005.

///

///

///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATED: September 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE